AVILA & PEROS, LLP
Michael F. Avila, Esq. SBN: 158958
[Email: mfa@a-plaw.com]
Daniel A. De Soto, Esq. SBN: 205861
[Email: dad@a-plaw.com]
2101 Rosecrans Ave., Suite 5260
El Segundo, CA 90245
Telephone: (310) 410-8001
Facsimile: (310) 410-8004

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENUS ANGELIQUE HISAW | Case No.:  '08 CV 1214  JM BLM |
| Plaintiff, | **NOTICE OF RELATED CASE** |
| vs. | |
| UNITED STATES; and DOES 1-100, inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that there is a related case to this matter currently filed in the United States District Court, Southern District of California. The related case is

entitled, *Estate of Przysiecki, et al. v. Eifert, et al.,* Case No. 07CV0039-WQH (RBB), filed January 5, 2007.

The matters are related because they arise out of the same incident, namely an off-road vehicle accident at the Imperial Sand Dunes Recreational Area on Christmas Day, 2005, which took the life of a minor, Kyle Przysiecki. Both cases involve plaintiff VENUS ANGELIQUE HISAW, as well as the same witnesses to the accident. Similar causes of action are alleged in both actions, and both cases involve issues concerning why the accident happened, as well as the ownership, management, and control of the land where the accident occurred.

Since both cases involve the same accident, have similar legal issues, involve the same witnesses, and have similar discovery needs, assignment of both cases to a single district judge will likely save in judicial effort as well as in the time and resources of the parties involved in the cases.

Dated: July 23, 2008                         **AVILA & PEROS, LLP**

By: _____
Michael F. Avila, Esq.
Daniel A. De Soto, Esq.
Attorneys for Plaintiffs

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 2101 Rosecrans Avenue, Suite 5260, El Segundo, California 90245.

On July 23, 2008, I served the foregoing **NOTICE OF RELATED CASE** on the interested parties in this action ("addressees") as follows:

*[See Attached Service List]*

__X__ **BY MAIL**: by placing a true and correct copy thereof, enclosed in a sealed envelope, addressed to the addressee(s). I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Serviced on that same day with postage thereon fully prepaid at El Segundo, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

_____ **BY FACSIMILE**: I caused a true and correct copy of said document to be transmitted via electronic facsimile machine to the offices of the addressee(s).

__X__ **FEDERAL**: I declare that I am employed in the office off a member of the bar of this court at whose direction the service was made

Executed this 23rd day of July 2008, at El Segundo, California.

Nancy Garcia

1

<u>**SERVICE LIST**</u>

2

Charles A. Viviano, Esq.

3

The Viviano Law Firm
3333 Camino del Rio South, Suite 220

4

San Diego, California 92108

5

Tel: (619) 497-3030
[Attorney for Defendants County of Imperial

6

& Imperial County Sheriff's Department]

7

8

Shannon Duane Eifert
W6783 Center Valley Road

9

Shiocton, Wisconsin 54170

10

[Defendant]

11

12

Michael B. Mukasey
Attorney General of the United States

13

U.S. Department of Justice
950 Pennsylvania Avenue, NW

14

Washington, DC 20530-0001

15

[Attorney for Defendant]

16

U.S. Attorney's Office

17

San Diego County Office
Federal Office Building

18

880 Front Street, Room 6293

19

San Diego, California 92101-8893
[Attorney for Defendant]

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**-2-**