1  AVILA & PEROS, LLP
2  Michael F. Avila, Esq. SBN: 158958
   [Email: mfa@a-plaw.com]
3  Daniel A. De Soto, Esq. SBN: 205861
   [Email: dad@a-plaw.com]
4  2101 Rosecrans Ave., Suite 5260
5  El Segundo, CA 90245
   Telephone: (310) 410-8001
6  Facsimile: (310) 410-8004
7
8  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENUS ANGELIQUE HISAW | Case No.: '08 CV 1214 JM BLM |
| Plaintiff, | **PROOF OF SERVICE ON UNITED STATES** |
| vs. | |
| UNITED STATES; and DOES 1-100, inclusive, | |
| Defendants. | |

Michael F. Avila, Esq. [SBN: 158958]
Daniel A. De Soto, Esq. [SBN: 205861]
Avila & Peros, LLP
2101 Rosecrans Avenue, Suite 5260
El Segundo, California 90245
Tel: (310) 410-8001
Fax: (310) 410-8004
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENUS ANGELIQUE HISAW<br><br>Plaintiff(s)<br><br>v.<br><br>UNITED STATES; and DOES 1-100, inclusive<br><br>Defendant(s) | **CASE NUMBER:**<br>08 CV 1214 JM BLM<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons  [X] complaint  [ ] alias summons  [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify)*: Civil Case Cover Sheet and Notice of Related Case

2. **Person served:**
   a. [X] Defendant *(name)*: United States
   b. [ ] Other *(specify name and title or relationship to the party/business named)*:

   c. [ ] Address where papers were served:

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:
   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. [ ] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [ ] Papers were served on *(date)*: _____ at *(time)*: _____

   b. [ ] By **Substituted service**. By leaving copies:
      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____

      4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [ ] papers were mailed on *(date)*: _____

      6. [ ] **due diligence**. I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

   a. ☒ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served: Civil Process Clerk

   Date and time of service: *(date)*: 07/21/08                  at *(time)*: _____

   b. ☒ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Nancy Garcia
   2101 Rosecrans Avenue, Suite 5260
   El Segundo, California 90245
   (310) 410-8001

   a. Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 19, 2008

*(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                                           PAGE 2

# AVILA & PEROS, LLP

ATTORNEYS AT LAW

Michael F. Avila
Michael V. Peros
William F. Klausner
Scott M. Halberstadt
Sean P. Paden
John T. Lupton
Christine M. Watkins
Daniel A. De Soto

LOS ANGELES
2101 Rosecrans Avenue, Suite 5260
EL SEGUNDO, CALIFORNIA 90245
TELEPHONE: (310) 410-8001
FACSIMILE: (310) 410-8004
Webpage: www.ap-lawfirm.com

NEWPORT BEACH
4100 Newport Place, Suite 550
NEWPORT BEACH, CALIFORNIA 92660
TELEPHONE: (949) 838-0260
FACSIMILE: (949) 838-0261

July 18, 2008

Writer's e-mail address:
dad@a-plaw.com

**VIA CERTIFIED MAIL ONLY**
Civil Process Clerk
U.S. Attorney's Office
San Diego County Office
Federal Office Building
880 Front St., Room 6293
San Diego, CA 92101-8893

Re: *Hisaw v. United States, et al.*

To Whom It May Concern:

Please find enclosed the Complaint, the Summons for the Complaint, the Civil Case Cover Sheet, and Notice of Related Case for the above entitled matter.

Should you have any comments or questions regarding this matter, please do not hesitate to contact our office.

Very truly yours,

AVILA & PEROS, LLP

Daniel A. De Soto

DAD: n_g
Enclosure: As stated.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney's Office
San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): [illegible]   C. Date of Delivery: 7-21-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0003 6262 8845

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# AVILA & PEROS, LLP

ATTORNEYS AT LAW

Michael F. Avila
Michael V. Peros
William F. Klausner
Scott M. Halberstadt
Sean P. Paden
John T. Lupton
Christine M. Watkins
Daniel A. De Soto

LOS ANGELES
2101 Rosecrans Avenue, Suite 5260
EL SEGUNDO, CALIFORNIA 90245
TELEPHONE: (310) 410-8001
FACSIMILE: (310) 410-8004
Webpage: www.ap-lawfirm.com

NEWPORT BEACH
4100 Newport Place, Suite 550
NEWPORT BEACH, CALIFORNIA 92660
TELEPHONE: (949) 838-0260
FACSIMILE: (949) 838-0261

July 18, 2008

Writer's e-mail address:
dad@a-plaw.com

**VIA CERTIFIED MAIL ONLY**
Michael B. Mukasey
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re: *Hisaw v. United States, et al.*

Dear Mr. Mukasey:

Please find enclosed the Complaint, the Summons for the Complaint, the Civil Case Cover Sheet and Notice of Related Case for the above entitled matter.

Should you have any comments or questions regarding this matter, please do not hesitate to contact our office.

Very truly yours,

AVILA & PEROS, LLP

Daniel A. De Soto

DAD: n_g
Enclosure: As stated.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ganita Pinken_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   _Ganita Pinken_   JUL 24 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

   Michael B. Mukasey
   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington DC 20530-0001

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0003 6262 8838

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540